UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTINE SMITH, on behalf of herself and
all others similarly situated,

                    Plaintiff,

   v.

NEW YORK STATE SECRETARY OF STATE,
Rossana Rosado, in her official capacity,
JOHN DOES #1 and #2,

                    Defendants.
----------------------------------------------------------------X

JUDGMENT

20-CV-4958 (PKC) (PK)

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 31, 2022, granting Defendant Rosado's motion to dismiss; denying Plaintiff's request for leave to file a second amended complaint; and dismissing Plaintiff's first amended complaint with prejudice and without leave to replead, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that Defendant Rosado's motion to dismiss is granted; that Plaintiff's request for leave to file a second amended complaint is denied; and that Plaintiff's first amended complaint is dismissed, with prejudice and without leave to replead, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       March 31, 2022

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk